Order Filed on December 21,
2018 by Clerk U.S. Bankruptcy
Court District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>WILENTZ, GOLDMAN & SPITZER, P.A.<br>90 Woodbridge Center Drive<br>Suite 900, Box 10<br>Woodbridge, New Jersey 07095-0958<br>(732) 636-8000<br>MEREDITH I. FRIEDMAN, ESQ.<br>*Attorneys for Tices Properties LLC* | |
| In re:<br><br>AMG INTERNATIONAL, INC.,<br><br>    Debtor. | Chapter 11<br><br>Case No.: 17-25816 (JKS)<br><br>Hon. John K. Sherwood |

### CONSENT ORDER FIXING CLAIM OF TICES PROPERTIES LLC FOR LEASE REJECTION DAMAGES

The relief set forth on the following pages numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: December 21, 2018**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

#10310284.2(144870.032)

Page 2
Debtor:         AMG International, Inc.
Case No. :      17-25816 (JKS)
Caption of Order: CONSENT ORDER FIXING CLAIM OF TICES PROPERTIES LLC FOR LEASE REJECTION DAMAGES

_____

**THIS MATTER** having been presented to the Court by Wilentz, Goldman & Spitzer, P.A., attorneys for Tices Properties LLC ("Tices"), in the above-captioned bankruptcy case, for entry of an order fixing the claim of Tices for lease rejection damages; and it appearing that, on July 26, 2018, Tices filed a claim for lease rejection damages in the within matter, docketed as Claim No. 43; and it further appearing that the Plan Administrator has consented to the relief outlined below; and the Court having noted the consent of the parties to the form, substance and entry of the within Consent Order; and for good cause shown, it is hereby

**ORDERED** as follows:

1. The claim of Tices for lease rejection damages shall be and hereby is fixed and allowed in the amount of $471,000.43.

2. This Consent Order replaces and supersedes Claim Number 43 filed by Tices in the within matter on July 26, 2018.

3. Tices need not file an amended Proof of Claim or take any further action to reflect the amount of its claim for lease rejection damages as set forth in this Consent Order.

4. This Court shall retain exclusive jurisdiction to hear and decide any and all disputes related to or arising from this Consent Order.

5. This Consent Order is effective immediately upon entry.

#10310284.2(144870.032)

Page 2
Debtor: AMG International, Inc.
Case No. : 17-25816 (JKS)
Caption of Order: CONSENT ORDER FIXING CLAIM OF TICES PROPERTIES LLC FOR LEASE REJECTION DAMAGES
_____

The undersigned consent to the form
and entry of the foregoing order.

**RABINOWITZ, LUBETKIN & TULLY, LLC**

By: /s/ Jeffrey Cooper                                        12/20/18
Jeffrey Cooper, Esq.
Attorney for Plan Administrator


**WILENTZ, GOLDMAN & SPITZER, P.A.**


By: /s/ Meredith I. Friedman                                  12/20/18
Meredith I. Friedman, Esq.
Attorneys for Tices Properties, L.L.C.

#10310284.2(144870.032)